UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-158-EFS |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| GUADALUPE MONTEJANO, | |
| Defendant. | |

On April 14, 2009, defendant appeared with counsel, Assistant Federal Defender, Christina Hunt; the Government was represented by Assistant U.S. Attorney, George Jacobs. Mr. Montejano will have completed his 90-day inpatient treatment program on April 15, 2009, and is requesting permission to reside at SunRay Court, or in a clean and sober house while continuing outpatient treatment. The Government had no objection to this request. Defendant shall reside at Sun Ray Court.

The unopposed motion is GRANTED; a separate Order Setting Conditions of Release will be filed.

DATED April 14, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF RELEASE - 1