PROB 12B
(7/93)

Report Date: April 29, 2010

# United States District Court

for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 30 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Guadalupe T. Montejano          Case Number: 2:08CR00158-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 5/26/2009              Type of Supervision: Supervised Release

Original Offense: Possession of a Machine Gun, 18 U.S.C. § 922(o)    Date Supervision Commenced: 3/2/2010

Original Sentence: Prison - 289 Days; TSR - 36 Months    Date Supervision Expires: 3/1/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   Condition 14, directing the defendant to reside at the residential reentry center for up to 90 days, shall be modified to allowing the defendant to be immediately released from the Franklin County RRC due to compliance.

## CAUSE

Since entering the Franklin County RRC on March 2, 2010, the defendant has obtained employment and has the opportunity to obtain his own residence. The defendant has supplied a rental agreement and this officer confirmed the residence with the owner. Continued incarceration at the Franklin County RRC would serve no benefit to the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/29/2010

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*(signature)*

Signature of Judicial Officer

4/29/10

Date